JOHN A. GODFREY, RESPONDENT, *v.* WILLIAM MOSER, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

This action was brought to recover for professional services, rendered by the plaintiff, an attorney, to the defendant. The General Term reversed the judgment on the ground that the findings of the referee as to the value of the services rendered by the plaintiff was not sustained by the evidence, and, also, because he had erred in allowing interest upon the amount found by him to be due; the account being unliquidated, and no balance having ever been agreed upon. *

*Henry A. Gildersleeve,* for the appellant.

*B. W. Huntington,* for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., concurred.

Judgment reversed and new trial ordered, costs to abide the event.

* Reid v. Rensselaer Glass Co., 3 Cow., 393; Van Beuren v. Van Gaasbeck, 4 id., 496; McMahon v. New York and Erie Railroad Co., 20 N. Y., 463.